# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JOSE DOMINGUEZ                                                      PLAINTIFF

V.                        CASE NO. 4:16-CV-765-KGB-BD

OVERMAN                                                            DEFENDANT

## RECOMMENDED DISPOSITION

**I**.     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Jose Dominguez, a pre-trial detainee at the Faulkner County Detention Center ("Detention Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)  In his complaint, Mr. Dominguez claims that he was charged with a false disciplinary in violation of his constitutional rights.  Specifically, he alleges that Defendant Overman instructed another inmate to blame the destruction of a mat on

Mr. Dominguez.

Mr. Dominguez cannot move forward on this claim.  The issuance of a false disciplinary, without more, does not rise to the level of a constitutional violation.  *Sprouse v. Babcock*, 870 F.2d 450, 452 (8th Cir. 1989) (citing *Freeman v. Rideout*, 808 F.2d 949, 951-52 (2nd Cir.1986)).  Filing a false disciplinary can violate the Constitution if done in retaliation for exercising a federally protected right, but here, Mr. Dominguez has not alleged or identified any retaliatory motive that Defendant Overman might have had to issue (or cause to be issued) a false disciplinary.

## III.   <u>Conclusion</u>

The Court recommends that Mr. Dominguez's claims be DISMISSED, without prejudice, for failure to state a federal claim for relief.

DATED this 27th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE