IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSE DOMINGUEZ                                                                                    PLAINTIFF

v.                                    CASE NO. 4:16-cv-00765-KGB

OVERMAN                                                                                          DEFENDANT

## ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 4). Plaintiff Jose Dominguez has not filed objections, and the time to do so has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Dominguez's claims are dismissed without prejudice.

It is so ordered this 2nd day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge